UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARION ANDERSON, | ) | 3:09-CV-0375-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 4, 2011 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received plaintiff's correspondence (#32) requesting a copy of defendants' response to plaintiff's complaint. Defendants filed a motion for summary judgment on December 8, 2010 (#26). Defendants mailed a copy of the motion to plaintiff on the same date. Therefore, plaintiff's request for a copy (#32) is **DENIED as moot**.

Plaintiff was given notice of the defendants filing of a motion for summary judgment pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) on December 9, 2010 (#28). To date, plaintiff has failed to file points and authorities in opposition to the motion for summary judgment.

Plaintiff is advised that pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The court will *sua sponte* grant plaintiff one extension of time to **Tuesday, January 18, 2011** to file an opposition to the motion. No further extensions of time shall be granted.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:           /s/
                Deputy Clerk