# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARION ANDERSON, | ) | 3:09-cv-00375-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| E.K. McDANIEL, et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#38) filed on March 9, 2011, in which the magistrate judge recommends that this court enter an order granting defendants' motion for summary judgment, construed as an unenumerated Rule 12(b) motion to dismiss for failure to exhaust administrative remedies. Defendants do not object to the substance of the report and recommendation but have filed an objection to a typographical error contained therein. Plaintiff has not filed any objections, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C.

§ 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS in part and modifies in part the report and recommendation of the United States Magistrate Judge (#38). The defendants' objection is granted. The report and recommendation is amended to strike from page 3 line 2 the year "2009" and to insert in its stead the year "2008." The report and recommendation is adopted in all other respects. It is clear that the plaintiff knew how to utilize the prison's grievance system and that he failed to file any grievance about his claims in this case. Accordingly, the court construes defendants' motion for summary judgment as an unenumerated Rule 12(b) motion to dismiss for failure to exhaust, grants said motion (#26), and hereby DISMISSES WITHOUT PREJUDICE plaintiff's third amended complaint.

**IT IS SO ORDERED.**

DATED: This 12th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

2