AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MARION ANDERSON,

      Plaintiff,           JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER: **3:09-cv-00375-HDM-VPC**

E.K. McDANIEL, et al,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that The court construes defendants' motion for summary judgment as an unenumerated Rule 12(b) motion to dismiss for failure to exhaust, GRANTS said motion [26], and DISMISSES WITHOUT PREJUDICE plaintiff's third amended complaint [19].


  April 12, 2011                                    **LANCE S. WILSON**
    Date                                                     Clerk

                                                         /s/  M. Campbell
                                                              Deputy Clerk